**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **BILL RAINS, Individually and on Behalf of All Others Similarly Situated,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **CIVIL ACTION NO. 3:09-CV-2133-B** |
| **ZALE CORPORATION, et al.,** | § | |
| **Defendants.** | § | |
| **BRIAN A. LAWYER, Individually and on Behalf of All Others Similarly Situated,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **CIVIL ACTION NO. 3:09-CV-2218-B** |
| **ZALE CORPORATION, et al.,** | § | **(Consolidated as In re Zale Corporation Securities Litigation, Civil Action No. 3:09-cv-2133-B)** |
| **Defendants.** | § | |

## FINAL JUDGMENT

This Judgment is entered pursuant to the Court's Memorandum Opinion and Order dated August 1, 2011 (doc. 55), which dismissed all claims against all Defendants with prejudice.

It is **ORDERED, ADJUDGED AND DECREED** by the Court that Plaintiffs take nothing by their suit against all Defendants and that these suits be, and they are hereby, **DISMISSED** on the merits at Plaintiffs' cost.[1]

[1]The first case filed in this consolidated action, *Rains v. Zale Corp.*, No. 3:09-cv-2133, was filed on November 9, 2009. The second class action, *Lawyer v. Zale Corp.*, No. 3:09-cv-2218 was filed on November

**SO ORDERED.**

**SIGNED: August 1, 2011.**

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

19, 2009. The cases were consolidated on June 10, 2010. This final judgment resolves all claims in both cases.